FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>  Kendrick, Donald<br><br>  Defendant. | Case No.: SA 08-245 M<br>SA 08-246 M ✓<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **District of Oregon**, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **backgrd, cmty ties unknown; bail resources unknown; nature of allegations which evid a lack of amenability**

1  to supervision; use of multiple personal identifiers;
2  unknown substance abuse history; FTA history;
3  and/or prob/parole viol. history

4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on ___extensive criminal history
8  record___

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: __5/29/08__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE